IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BUTTE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR 24–13–BU–DLC |
| Plaintiff, | |
| vs. | ORDER |
| PERRY EDWARD CARSON, | |
| Defendant. | |

Before the Court is Defendant Perry Edward Carson's unopposed motion to enlarge time to file pretrial motions. (Doc. 12.) Through the motion, Defendant requests an extension to and including June 14, 2024, to file pretrial motions. (*Id.* at 1.) Defendant reasons that his counsel needs additional time to review discovery. (*Id.* at 2.) The United States does not object. (*Id.* at 3.)

Accordingly, IT IS ORDERED that the deadline to file pretrial motions is extended to June 14, 2024.

DATED this 7th day of June, 2024.

_____
Dana L. Christensen, District Judge
United States District Court

1