IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BUTTE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR 24–13–BU–DLC |
| Plaintiff, | |
| vs. | ORDER |
| PERRY EDWARD CARSON, | |
| Defendant. | |

On July 17, 2024, Defendant Perry Edward Carson filed an unopposed motion for hospitalization of a convicted person suffering from mental disease or defect under 18 U.S.C. § 4244. (Doc. 40.) On July 18, 2024, the Court ordered Defendant to arrange for a psychiatric or psychological examination of the Defendant, pursuant to § 4244(b). (Doc. 45.) On August 5, 2024, Defendant filed the Psychological Evaluation for Adjudicative Competency written by Michael J. Scolatti, Ph.D., P.C. (Doc. 56.) Having thoroughly reviewed the Evaluation, the Court finds by a preponderance of the evidence that the Defendant is presently suffering from a mental disease or defect. Accordingly,

IT IS ORDERED that in lieu of being sentenced to imprisonment, Defendant shall be committed to the custody of the Attorney General for care or treatment at a

1

suitable facility, pursuant to § 4244(d).

IT IS FURTHER ORDERED that the sentencing hearing currently set for December 5, 2024, and all associated presentence deadlines, are VACATED to be RESET at a later date if necessary.

DATED this 13th day of August, 2024.

_____
Dana L. Christensen, District Judge
United States District Court